IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 17 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr75LG-PHW

BYRON WILSON  18 U.S.C. § 111

**The Grand Jury charges:**

On or about August 26, 2015, in Jackson County in the Southern Division of the Southern District of Mississippi, defendant, **BYRON WILSON**, knowingly and intentionally, by means and use of a deadly or dangerous weapon, that is a shotgun, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Letter Carrier F.M. of the United States Postal Service who was engaged in and on account of the performance of her official duties.

In violation of Section 111, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the

defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924, Title 18, United States Code and Section 2461, Title 28, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the __17th__ day of __NOVEMBER__, 2015.

*[signature]*
UNITED STATES MAGISTRATE JUDGE